**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EARL BRYANT, JR.                                                                                          PLAINTIFF

v.                                               NO. 4:04CV00720 GH/JTR

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                                    DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommendations should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Application for Approval of Attorney's Fees and Costs pursuant to the Equal Access to Justice Act (docket entry #14) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. James W. Stanley, Jr., attorney for Plaintiff, $2,052.00 as attorney's fees, pursuant to the EAJA.

DATED this 10th day of November, 2005.

_____
J. LEON HOLMES *for* GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE